## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

PANTECH CORPORATION,

    Plaintiff,

    v.

LENOVO GROUP LIMITED,

    Defendant.

Civil Action No. 5:25-CV-00093-RWS-JBB

## ORDER

Before the Court is Defendant Lenovo Group Limited's Motion to Stay Pending ITC Determination. The Court, having considered the Motion and noting it is unopposed, is of the opinion the Motion (Dkt. No. 9) should be and is hereby **GRANTED**.

The Court **ORDERS** that all deadlines between Pantech Corporation and Lenovo Group Limited, including the deadlines with the Court, are **STAYED** pending the final resolution, including all appeals, of the parallel proceeding in the United States International Trade Commission titled *In the Matter of Certain Mobile Cellular Communication Devices*, Investigation No. 337-TA-1456.

SIGNED this the 2nd day of September, 2025.

_____

J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE