**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| PANTECH CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>LENOVO GROUP LTD., LENOVO PC HK LTD., MOTOROLA MOBILE COMMUNICATION TECHNOLOGY LTD., AND MOTOROLA (WUHAN) MOBILITY TECHNOLOGIES COMMUNICATION COMPANY, LTD.,<br><br>      Defendants. | Case No. 5:25-cv-00093-RWS-JBB |

## UNOPPOSED MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Pantech Corporation ("Pantech") moves this Court to dismiss with prejudice all claims asserted by Pantech against Defendants Lenovo Group Ltd., Lenovo PC HK Ltd., Motorola Mobile Communication Technology Ltd., and Motorola (Wuhan) Mobility Technologies Communication Company, Ltd. (collectively, "Lenovo") in this action, subject to the terms of the Parties' settlement agreement. Pantech further requests that the Court order each Party to bear its own costs and expenses incurred in connection with this litigation through the date of dismissal. Lenovo does not oppose the relief requested herein. A proposed order is attached hereto in accordance with Local Rule CV-7. A proposed final judgment is attached pursuant to the Court's Standing Order.

WHEREFORE, the Parties respectfully request that this Court enter the attached proposed order dismissing this action with prejudice, with each Party bearing its own costs and expenses.

1

Dated: June 5, 2026

Respectfully submitted,

/s/ Melissa R. Smith

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendants Lenovo Group Ltd., Lenovo PC HK Ltd., Motorola Mobile Communication Technology Ltd., and Motorola (Wuhan) Mobility Technologies Communication Company, Ltd. (collectively, "Lenovo Group" or "Defendants").*

/s/ Geoffrey Culbertson

Geoffrey Culbertson
Kelly Tidwell
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd. (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
(P) (903) 792-7080
(F) (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.comJames A Fussell, III

James A. Fussell
Tiffany A. Miller
Clark Bakewell
Courtney Krawice
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
Tel." (202) 263-3000
Fax" (202) 263-3300
jfussell@mayerbrown.com
tmiller@mayerbrown.com
cbakewell@mayerbrown.com
ckrawice@mayerbrown.com

Graham (Gray) Buccigross
**MAYER BROWN LLP**
3000 El Camino Real
2 Palo Alto Square, Ste. 300
Palo Alto, CA 94306-2112
Tel." (650) 331-2000
Fax" (650) 331-0051
gbuccigross@mayerbrown.com

*Counsel for Plaintiffs Pantech Corporation and Pantech Wireless LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 5, 2026, a true and correct copy of the above was served via e-mail through the Eastern District of Texas's CM/ECF system.

*Geoffrey Culbertson*
Geoffrey Culbertson

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Plaintiff and Defendants complied with the meet and confer requirements of Local Rule CV-7(h) on this date. Defendants do not oppose the relief requested in this motion.

*Geoffrey Culbertson*
Geoffrey Culbertson