## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| PANTECH CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-cv-00093-RWS-JBB |
| | § | |
| LENOVO GROUP LTD., LENOVO | § | |
| PC HK LTD., MOTOROLA | § | |
| MOBILE COMMUNICATION | § | |
| TECHNOLOGY LTD., and | § | |
| MOTOROLA (WUHAN) | § | |
| MOBILITY TECHNOLOGIES | § | |
| COMMUNICATION COMPANY, | § | |
| LTD., | § | |
| Defendants. | § | |

### FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 8th day of June, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE